[No. 3823–1. Division One. April 25, 1977.]

ALFRED ALLRED, ET AL, *Appellants,* v. LINDA McTIGUE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 49704, Marshall Forrest, J., entered

April 18, 1975. *Affirmed* by unpublished per curiam opinion.